# United States Bankruptcy Court
## District of Kansas

In re    **Jason Michael Wimmer**
       **Danielle Elizabeth Wimmer**

               Debtor(s)

Case No.

Chapter    **13**

## DECLARATION REGARDING PAYMENT ADVICES
## OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

**Debtor:**
Mark statement that applies to you:

☐      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

■      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____

_____

_____

_____

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

**Joint Debtor (if applicable):**
Mark statement that applies to you:

☐      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

■      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____

_____

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Executed on   **October 9, 2023**    (date) by    **/s/ Jason Michael Wimmer**
                                             **Jason Michael Wimmer**       (debtor)

Executed on   **October 9, 2023**    (date) by    **/s/ Danielle Elizabeth Wimmer**

LBR 1007.1(a)(2)(E) Declaration RE: Payment Advices or Evidence of Payment (rev. 3/2020)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

PIZZA TIME PUB

11358

Employee
JASON WIMMER, 2465 Stafford Rd, OTTAWA, KS 66067

SSN
***-**-4176
Pay Period: 09/11/2023 - 09/17/2023

Pay Date: 09/21/2023

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Driver - Night | 24.25 | 5.00 | 121.25 | 208.75 |
| Driver - Day | 5.50 | 10.00 | 55.00 | 55.00 |
| Commission | 1.00 | 51.24 | 51.24 | 121.10 |
| Reported Cash Tips | | | 20.00 | 20.00 |
| | 29.75 | | 247.49 | 404.85 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -15.34 | -25.10 |
| Medicare Employee | -3.59 | -5.87 |
| KS - Withholding | -6.00 | -9.00 |
| | -24.93 | -39.97 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Reported Cash Tips (offset) | -20.00 | -20.00 |

| Net Pay | 202.56 | 344.88 |

Pizza [...] 109 E Main Street, Ottawa KS 66067