# United States Bankruptcy Court
## District of Kansas

In re    **Jason Michael Wimmer**
     **Danielle Elizabeth Wimmer**                Case No. _____

                               Debtor(s)         Chapter    **13** _____

## DECLARATION REGARDING PAYMENT ADVICES
## OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

**Debtor:**
Mark statement that applies to you:

☐      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

■      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____

_____

_____

_____

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

**Joint Debtor (if applicable):**
Mark statement that applies to you:

☐      I have not been employed by any employer within the 60 days before the date of the filing of the petition.

■      I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached, except:

_____

_____

☐      I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because:

_____

(Explanation)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Executed on **October 9, 2023** _____ (date) by    **/s/ Jason Michael Wimmer**
                                              **Jason Michael Wimmer**      (debtor)

Executed on **October 9, 2023** _____ (date) by    **/s/ Danielle Elizabeth Wimmer**

LBR 1007.1(a)(2)(E) Declaration RE: Payment Advices or Evidence of Payment (rev. 3/2020)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Name | Dept. | ID | | Full Pay Period | | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Danielle Wimmer | 63 | 200949 | | 02/19/2023 - 03/04/2023 | | 03/14/2023 | 0000017491 |

| Earnings | Rate | Hours | Amount | Y-T-D | Deductions | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|
| Berevement | | | | 585.00 | ALLIED 6500 | 488.96 | 2,933.76 |
| Floating Holiday | | | | 156.00 | Federal Witholding | 96.52 | 751.12 |
| Holiday | | | | 312.00 | Medicare | 15.61 | 114.46 |
| Overtime | 29.25 | 1.50 | 43.88 | 1,374.76 | Principal Dental | 30.52 | 183.12 |
| Paid Time Off | | | | 14.63 | Principal Vision | 7.65 | 45.90 |
| Regular | 19.50 | 80.00 | 1,560.00 | 8,614.13 | Social Security | 66.76 | 489.41 |
| | | | | | State | 36.53 | 297.05 |
| | Totals | 81.50 | 1,603.88 | 11,056.52 | | 742.55 | 4,814.82 |

| FLOAT Bal: 0.00 | MEDBNK Bal: 1.60 | PTO Bal: 53.34 | |
|---|---|---|---|
| | | Tax Status Single | W-4 Withholding 0 |

| Pay Rate | YTD Earnings | YTD Hours | YTD Total Deds. | YTD Net Pay | Current Earnings | Current Deds. | NET PAY |
|---|---|---|---|---|---|---|---|
| 19.50 | 11,056.52 | 543.50 | 4,814.82 | 6,241.70 | 1,603.88 | 742.55 | 861.33 |

| Name | Dept. | ID | | | Full Pay Period | | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Danielle Wimmer | 63 | 200949 | | | 03/05/2023 - 03/18/2023 | | 03/28/2023 | 0000017587 |

| Earnings | Rate | Hours | Amount | Y-T-D | Deductions | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|
| Berevement | | | | 585.00 | ALLIED 6500 | 488.96 | 3,422.72 |
| Floating Holiday | | | | 156.00 | Federal Witholding | 106.17 | 857.29 |
| Holiday | | | | 312.00 | Medicare | 16.78 | 131.24 |
| Overtime | 29.25 | 4.25 | 124.31 | 1,499.07 | Principal Dental | 30.52 | 213.64 |
| Paid Time Off | | | | 14.63 | Principal Vision | 7.65 | 53.55 |
| Regular | 19.50 | 80.00 | 1,560.00 | 10,174.13 | Social Security | 71.75 | 561.16 |
| | | | | | State | 40.76 | 337.81 |
| Totals | | 84.25 | 1,684.31 | 12,740.83 | | 762.59 | 5,577.41 |

| FLOAT Bal: 0.00 | MEDBNK Bal: 1.60 | PTO Bal: 57.34 | |
|---|---|---|---|
| | | Tax Status Single | W-4 Withholding 0 |

| Pay Rate | YTD Earnings | YTD Hours | YTD Total Deds. | YTD Net Pay | Current Earnings | Current Deds. | NET PAY |
|---|---|---|---|---|---|---|---|
| 19.50 | 12,740.83 | 627.75 | 5,577.41 | 7,163.42 | 1,684.31 | 762.59 | 921.72 |

| Name | Dept. | ID | | Full Pay Period | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Danielle Wimmer | 63 | 200949 | | 03/19/2023 - 04/01/2023 | 04/11/2023 | 0000017677 |

| Earnings | Rate | Hours | Amount | Y-T-D | Deductions | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|
| Berevement | | | | 585.00 | ALLIED 6500 | 488.96 | 3,911.68 |
| Floating Holiday | | | | 156.00 | Federal Witholding | 97.40 | 954.69 |
| Holiday | | | | 312.00 | Medicare | 15.72 | 146.96 |
| Overtime | 29.25 | 1.75 | 51.19 | 1,550.26 | Principal Dental | 30.52 | 244.16 |
| Paid Time Off | | | | 14.63 | Principal Vision | 7.65 | 61.20 |
| Regular | 19.50 | 80.00 | 1,560.00 | 11,734.13 | Social Security | 67.21 | 628.37 |
| | | | | | State | 36.92 | 374.73 |
| Totals | | 81.75 | 1,611.19 | 14,352.02 | | 744.38 | 6,321.79 |

| FLOAT | Bal: 0.00 | MEDBNK | Bal: 1.60 | | PTO | Bal: 61.34 | |
|---|---|---|---|---|---|---|---|
| | | | | | Tax Status Single | | W-4 Withholding 0 |

| Pay Rate | YTD Earnings | YTD Hours | YTD Total Deds. | YTD Net Pay | Current Earnings | Current Deds. | NET PAY |
|---|---|---|---|---|---|---|---|
| 19.50 | 14,352.02 | 709.50 | 6,321.79 | 8,030.23 | 1,611.19 | 744.38 | 866.81 |

| Name | Dept. | ID | | Full Pay Period | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Danielle Wimmer | 63 | 200949 | | 04/02/2023 - 04/15/2023 | 04/25/2023 | 0000017791 |

| Earnings | Rate | Hours | Amount | Y-T-D | Deductions | Amount | Y-T-D |
|---|---|---|---|---|---|---|---|
| Berevement | | | | 585.00 | ALLIED 6500 | 488.96 | 4,400.64 |
| Floating Holiday | | | | 156.00 | Federal Witholding | 100.03 | 1,054.72 |
| Holiday | | | | 312.00 | Medicare | 16.04 | 163.00 |
| Overtime | 29.25 | 2.50 | 73.13 | 1,623.39 | Principal Dental | 30.52 | 274.68 |
| Paid Time Off | | | | 14.63 | Principal Vision | 7.65 | 68.85 |
| Regular | 19.50 | 80.00 | 1,560.00 | 13,294.13 | Social Security | 68.57 | 696.94 |
| | | | | | State | 38.07 | 412.80 |
| | Totals | 82.50 | 1,633.13 | 15,985.15 | | 749.84 | 7,071.63 |

| FLOAT Bal: 0.00 | MEDBNK Bal: 1.60 | PTO Bal: 65.34 | |
|---|---|---|---|
| | | Tax Status Single | W-4 Withholding 0 |

| Pay Rate | YTD Earnings | YTD Hours | YTD Total Deds. | YTD Net Pay | Current Earnings | Current Deds. | NET PAY |
|---|---|---|---|---|---|---|---|
| 19.50 | 15,985.15 | 792.00 | 7,071.63 | 8,913.52 | 1,633.13 | 749.84 | 883.29 |

PAID ON BEHALF OF: PEDIATRIC SPEC CLN,LLC      81087424

FACILITY: PEDIATRIC SURGICAL SPECI
10550 Quivira Rd, Suite 520, Overland Park, KS 66215
943-541-5100

DANIELLE WIMMER
05/26/2023

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 78.00 | 19.8000 | 1,544.40 | 1,544.40 |
| TOTAL EARNINGS | | >>> | 1,544.40 | 1,544.40 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 95.75 | 95.75 |
| Medicare | 22.39 | 22.39 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 52.90 | 52.90 |
| TOTAL DEDUCTIONS | 171.04 | 171.04 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

NET PAY >>>      **1,373.36**

PAY PERIOD    05/07/2023 - 05/20/2023

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 0.00 | 0.00 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 1,544.40 |
| SS EE | 1,544.40 |
| Medicare | 1,544.40 |
| KS WH | 1,544.40 |

| | TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED | S | 0 | 0.00 |
| KS | | 2 | 0.00 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,373.36 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS:    $0.00

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

81087424

DATE: 05/26/2023

ZERO DOLLARS AND 00/100

DANIELLE WIMMER
907 W 17TH APT 12
OTTAWA, KS 66067

| AMOUNT |
|---|
| $***0.00 |

**PAYROLL DIRECT DEPOSIT VOUCHER**      **NON-NEGOTIABLE**

PAID ON BEHALF OF: PEDIATRIC SPEC CLN,LLC        81226674

FACILITY: PEDIATRIC SURGICAL SPECI
10550 Quivira Rd, Suite 520, Overland Park, KS 66215
943-541-5100

DANIELLE WIMMER
06/09/2023

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 72.25 | 19.8000 | 1,430.55 | 2,974.95 |
| PTO | 7.75 | 19.8000 | 153.45 | 153.45 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 25.00 |
| TOTAL EARNINGS | | >>> | 1,609.00 | 3,153.40 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 86.37 | 182.12 |
| Medicare | 20.20 | 42.59 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 44.58 | 97.48 |
| Medical | 173.59 | 173.59 |
| Dental | 33.11 | 33.11 |
| Vision | 7.54 | 7.54 |
| LTD | 1.70 | 1.70 |
| TOTAL DEDUCTIONS | 367.09 | 538.13 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

| NET PAY >>> | | 1,241.91 |
|---|---|---|
| PAY PERIOD | 05/21/2023 - | 06/03/2023 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 0.00 | -7.75 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 2,937.46 |
| SS EE | 2,937.46 |
| Medicare | 2,937.46 |
| KS WH | 2,937.46 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED   S | 0 | 0.00 |
| KS | 2 | 0.00 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS:   $0.00

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,241.91 |

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

**DEPOSIT VOUCHER ONLY-
NOT A CHECK**

81226674

DATE: 06/09/2023

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

DANIELLE WIMMER
907 W 17TH APT 12
OTTAWA, KS 66067

**PAYROLL DIRECT DEPOSIT VOUCHER**        **NON-NEGOTIABLE**

PAID ON BEHALF OF: PEDIATRIC SPEC CLN,LLC

81413549

FACILITY: PEDIATRIC SURGICAL SPECI
10550 Quivira Rd, Suite 520, Overland Park, KS 66215
943-541-5100

DANIELLE WIMMER
06/23/2023

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 80.25 | 19.8000 | 1,588.95 | 4,563.90 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 50.00 |
| OT 06/10 | 0.25 | 10.0553 | 2.51 | 2.51 |
| PTO | 0.00 | 0.0000 | 0.00 | 153.45 |
| TOTAL EARNINGS | | >>> | 1,616.46 | 4,769.86 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 86.83 | 268.95 |
| Medicare | 20.31 | 62.90 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 44.97 | 142.45 |
| Medical | 173.59 | 347.18 |
| Dental | 33.11 | 66.22 |
| Vision | 7.54 | 15.08 |
| LTD | 1.70 | 3.40 |
| TOTAL DEDUCTIONS | 368.05 | 906.18 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

| NET PAY >>> | | 1,248.41 |
|---|---|---|
| PAY PERIOD | 06/04/2023 | - 06/17/2023 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 0.00 | -7.75 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 4,337.98 |
| SS EE | 4,337.98 |
| Medicare | 4,337.98 |
| KS WH | 4,337.98 |

| | TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED | S | 0 | 0.00 |
| KS | | 2 | 0.00 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,248.41 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS:　$0.00

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

**DEPOSIT VOUCHER ONLY-
NOT A CHECK**

81413549

DATE: 06/23/2023

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

DANIELLE WIMMER
907 W 17TH APT 12
OTTAWA, KS 66067

**PAYROLL DIRECT DEPOSIT VOUCHER**　　　　　　　　**NON-NEGOTIABLE**

Case 23-21212　Doc# 7　Filed 10/11/23　Page 8 of 15

PAID ON BEHALF OF: PEDIATRIC SPEC CLN,LLC                                      81535934

FACILITY: PEDIATRIC SURGICAL SPECI
10550 Quivira Rd, Suite 520, Overland Park, KS 66215
943-541-5100

DANIELLE WIMMER
07/07/2023

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 80.00 | 19.8000 | 1,584.00 | 6,147.90 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 75.00 |
| PTO | 0.00 | 0.0000 | 0.00 | 153.45 |
| Overtime | 0.00 | 0.0000 | 0.00 | 2.51 |
| TOTAL EARNINGS | | >>> | 1,609.00 | 6,378.86 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 86.37 | 355.32 |
| Medicare | 20.20 | 83.10 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 44.58 | 187.03 |
| Medical | 173.59 | 520.77 |
| Dental | 33.11 | 99.33 |
| Vision | 7.54 | 22.62 |
| LTD | 1.70 | 5.10 |
| TOTAL DEDUCTIONS | 367.09 | 1,273.27 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

| NET PAY >>> | | 1,241.91 |
|---|---|---|
| PAY PERIOD | 06/18/2023 - | 07/01/2023 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 0.00 | -7.75 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 5,731.04 |
| SS EE | 5,731.04 |
| Medicare | 5,731.04 |
| KS WH | 5,731.04 |

| TAX STATUS/CODE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED | S | 0 | 0.00 |
| KS | | 2 | 0.00 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,241.91 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS:   $0.00

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

81535934

DATE: 07/07/2023

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

DANIELLE WIMMER
907 W 17TH APT 12
OTTAWA, KS 66067

**PAYROLL DIRECT DEPOSIT VOUCHER**                                  **NON-NEGOTIABLE**

Case 23-21212   Doc# 7   Filed 10/11/23   Page 9 of 15

PAID ON BEHALF OF: PEDIATRIC SPEC CLN,LLC　　　　　　　81712155

FACILITY: PEDIATRIC SURGICAL SPECI
10550 Quivira Rd, Suite 520, Overland Park, KS 66215
943-541-5100

DANIELLE  WIMMER
07/21/2023

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 64.00 | 19.8000 | 1,267.20 | 7,415.10 |
| PTO | 8.00 | 19.8000 | 158.40 | 311.85 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 100.00 |
| Overtime | 0.00 | 0.0000 | 0.00 | 2.51 |
| TOTAL EARNINGS | | >>> | 1,450.60 | 7,829.46 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 76.55 | 431.87 |
| Medicare | 17.90 | 101.00 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 36.26 | 223.29 |
| Medical | 173.59 | 694.36 |
| Dental | 33.11 | 132.44 |
| Vision | 7.54 | 30.16 |
| LTD | 1.70 | 6.80 |
| TOTAL DEDUCTIONS | 346.65 | 1,619.92 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

| NET PAY >>> | | 1,103.95 |
|---|---|---|
| PAY PERIOD | 07/02/2023 | - 07/15/2023 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 6,965.70 |
| SS EE | 6,965.70 |
| Medicare | 6,965.70 |
| KS WH | 6,965.70 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 0.00 | -15.75 |

| TAX STATUS/CODE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED | S | 0 | 0.00 |
| KS | | 2 | 0.00 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,103.95 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS:　$0.00

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

**DEPOSIT VOUCHER ONLY-
NOT A CHECK**

81712155

DATE: 07/21/2023

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

DANIELLE  WIMMER
2465 STAFFORD RD
OTTAWA, KS 66067

**PAYROLL DIRECT DEPOSIT VOUCHER**　　　　　　**NON-NEGOTIABLE**

PAID ON BEHALF OF: **PEDIATRIC SPEC CLN,LLC**       81872457

FACILITY: PEDIATRIC SURGICAL SPECI
10550 Quivira Rd, Suite 520, Overland Park, KS 66215
943-541-5100

**DANIELLE WIMMER**
08/04/2023

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 72.00 | 19.8000 | 1,425.60 | 8,840.70 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 125.00 |
| PTO | 0.00 | 0.0000 | 0.00 | 311.85 |
| Overtime | 0.00 | 0.0000 | 0.00 | 2.51 |
| TOTAL EARNINGS | | >>> | 1,450.60 | 9,280.06 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 76.55 | 508.42 |
| Medicare | 17.91 | 118.91 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 33.98 | 257.27 |
| Medical | 173.59 | 867.95 |
| Dental | 33.11 | 165.55 |
| Vision | 7.54 | 37.70 |
| LTD | 1.70 | 8.50 |
| 401K % | 43.52 | 43.52 |
| TOTAL DEDUCTIONS | 387.90 | 2,007.82 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

**NET PAY >>>**       **1,062.70**

PAY PERIOD    07/16/2023 - 07/29/2023

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 0.00 | -15.75 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 8,156.84 |
| SS EE | 8,200.36 |
| Medicare | 8,200.36 |
| KS WH | 8,156.84 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED   S | 0 | 0.00 |
| KS | 2 | 0.00 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS:    $0.00

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,062.70 |

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

**DEPOSIT VOUCHER ONLY-
NOT A CHECK**

81872457

DATE: 08/04/2023

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

DANIELLE WIMMER
2465 STAFFORD RD
OTTAWA, KS 66067

**PAYROLL DIRECT DEPOSIT VOUCHER**       **NON-NEGOTIABLE**

PAID ON BEHALF OF: **PEDIATRIC SPEC CLN,LLC**

82029401

FACILITY: PEDIATRIC SURGICAL SPECI
10550 Quivira Rd, Suite 520, Overland Park, KS 66215
943-541-5100

DANIELLE WIMMER
08/18/2023

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

### STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 72.50 | 19.8000 | 1,435.50 | 10,276.20 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 150.00 |
| OT 08/12 | 0.25 | 10.0553 | 2.51 | 5.02 |
| PTO | 0.00 | 0.0000 | 0.00 | 311.85 |
| TOTAL EARNINGS | | >>> | 1,463.01 | 10,743.07 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 77.32 | 585.74 |
| Medicare | 18.08 | 136.99 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 34.61 | 291.88 |
| Medical | 173.59 | 1,041.54 |
| Dental | 33.11 | 198.66 |
| Vision | 7.54 | 45.24 |
| LTD | 1.70 | 10.20 |
| 401K % | 43.89 | 87.41 |
| TOTAL DEDUCTIONS | 389.84 | 2,397.66 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

| NET PAY >>> | | 1,073.17 |
|---|---|---|
| PAY PERIOD | 07/30/2023 - | 08/12/2023 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 41.11 | 25.36 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 9,360.02 |
| SS EE | 9,447.43 |
| Medicare | 9,447.43 |
| KS WH | 9,360.02 |

| TAX STATUS/CODE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED | S | 0 | 0.00 |
| KS | | 2 | 0.00 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,073.17 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS: $0.00

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

**DEPOSIT VOUCHER ONLY-
NOT A CHECK**

82029401

DATE: 08/18/2023

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

DANIELLE WIMMER
2465 STAFFORD RD
OTTAWA, KS 66067

**PAYROLL DIRECT DEPOSIT VOUCHER**

**NON-NEGOTIABLE**

Case 23-21212    Doc# 7    Filed 10/11/23    Page 12 of 15

PAID ON BEHALF OF: PEDIATRIC SPEC CLN,LLC                     82187679

FACILITY: PEDIATRIC SURGICAL SPECI                     DANIELLE  WIMMER
10550 Quivira Rd, Suite 520, Overland Park, KS 66215                     09/01/2023
943-541-5100

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 75.75 | 19.8000 | 1,499.85 | 11,776.05 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 175.00 |
| PTO | 0.00 | 0.0000 | 0.00 | 311.85 |
| Overtime | 0.00 | 0.0000 | 0.00 | 5.02 |
| TOTAL EARNINGS | | >>> | 1,524.85 | 12,267.92 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 81.15 | 666.89 |
| Medicare | 18.98 | 155.97 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 37.76 | 329.64 |
| Medical | 173.59 | 1,215.13 |
| Dental | 33.11 | 231.77 |
| Vision | 7.54 | 52.78 |
| LTD | 1.70 | 11.90 |
| 401K % | 45.75 | 133.16 |
| TOTAL DEDUCTIONS | 399.58 | 2,797.24 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

**NET PAY >>>**                     **1,125.27**

PAY PERIOD    08/13/2023  -  08/26/2023

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 5.83 | 31.19 |

| YEAR-TO-DATE TAXABLE WAGES | |
|---|---|
| FIT WH | 10,623.18 |
| SS EE | 10,756.34 |
| Medicare | 10,756.34 |
| KS WH | 10,623.18 |

| TAX STATUS/CODE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED | S | 0 | 0.00 |
| KS | | 2 | 0.00 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,125.27 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS:  $0.00

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

DEPOSIT VOUCHER ONLY-
NOT A CHECK

82187679

DATE: 09/01/2023

ZERO DOLLARS AND 00/100

| AMOUNT | |
|---|---|
| | $***0.00 |

DANIELLE  WIMMER
2465 STAFFORD RD
OTTAWA, KS 66067

**PAYROLL DIRECT DEPOSIT VOUCHER**          **NON-NEGOTIABLE**

PAID ON BEHALF OF: PEDIATRIC SPEC CLN,LLC                                    82344682

FACILITY: PEDIATRIC SURGICAL SPECI
10550 Quivira Rd, Suite 520, Overland Park, KS 66215            DANIELLE WIMMER
943-541-5100                                                    09/15/2023

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

### STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 71.75 | 19.8000 | 1,420.65 | 13,196.70 |
| PTO | 8.00 | 19.8000 | 158.40 | 470.25 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 200.00 |
| Overtime | 0.00 | 0.0000 | 0.00 | 5.02 |
| TOTAL EARNINGS | | >>> | 1,604.05 | 13,871.97 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 86.07 | 752.96 |
| Medicare | 20.12 | 176.09 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 41.79 | 371.43 |
| Medical | 173.59 | 1,388.72 |
| Dental | 33.11 | 264.88 |
| Vision | 7.54 | 60.32 |
| LTD | 1.70 | 13.60 |
| 401K % | 48.12 | 181.28 |
| TOTAL DEDUCTIONS | 412.04 | 3,209.28 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

| NET PAY >>> | | 1,192.01 |
|---|---|---|
| PAY PERIOD | 08/27/2023 - | 09/09/2023 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 6.13 | 29.32 |

### YEAR-TO-DATE TAXABLE WAGES

| | |
|---|---|
| FIT WH | 11,963.17 |
| SS EE | 12,144.45 |
| Medicare | 12,144.45 |
| KS WH | 11,963.17 |

| TAX STATUS/CODE | EXEMPTIONS | ADD'L AMT |
|---|---|---|
| FED    S | 0 | 0.00 |
| KS | 2 | 0.00 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,192.01 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS: $0.00

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

**DEPOSIT VOUCHER ONLY-
NOT A CHECK**

82344682

DATE: 09/15/2023

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

DANIELLE WIMMER
2465 STAFFORD RD
OTTAWA, KS 66067

**PAYROLL DIRECT DEPOSIT VOUCHER**                      **NON-NEGOTIABLE**

Case 23-21212   Doc# 7   Filed 10/11/23   Page 14 of 15

PAID ON BEHALF OF: PEDIATRIC SPEC CLN,LLC       82503291

FACILITY: PEDIATRIC SURGICAL SPECI
10550 Quivira Rd, Suite 520, Overland Park, KS 66215
943-541-5100

DANIELLE WIMMER
09/29/2023

PROCESS LEVEL: 25645
EMPLOYEE ID: 102534077

## STATEMENT OF EARNINGS AND DEDUCTIONS

| DESCRIPTION | HOURS | RATE | EARNINGS | YEAR-TO-DATE |
|---|---|---|---|---|
| Productv | 71.25 | 19.8000 | 1,410.75 | 14,607.45 |
| PTO | 8.75 | 19.8000 | 173.25 | 643.50 |
| TobDscnt | 0.00 | 0.0000 | 25.00 | 225.00 |
| Overtime | 0.00 | 0.0000 | 0.00 | 5.02 |
| TOTAL EARNINGS | | >>> | 1,609.00 | 15,480.97 |

| DESCRIPTION | TAXES/DEDUCT | YEAR-TO-DATE |
|---|---|---|
| SS EE | 86.37 | 839.33 |
| Medicare | 20.20 | 196.29 |
| FIT WH | 0.00 | 0.00 |
| KS WH | 42.04 | 413.47 |
| Medical | 173.59 | 1,562.31 |
| Dental | 33.11 | 297.99 |
| Vision | 7.54 | 67.86 |
| LTD | 1.70 | 15.30 |
| 401K % | 48.27 | 229.55 |
| TOTAL DEDUCTIONS | 412.82 | 3,622.10 |

| NON CASH DESC | EARNINGS | YEAR-TO-DATE |
|---|---|---|
| | | |

**NET PAY >>>**          **1,196.18**

PAY PERIOD    09/10/2023 - 09/23/2023

### YEAR-TO-DATE TAXABLE WAGES

| FIT WH | 13,307.96 |
|---|---|
| SS EE | 13,537.51 |
| Medicare | 13,537.51 |
| KS WH | 13,307.96 |

| ACCRUAL PLAN | ACCRUAL | BALANCE |
|---|---|---|
| PTO | 6.15 | 26.72 |

| ACCT NUMBER | DIRECT DEPOSIT | AMOUNT |
|---|---|---|
| XXXX7369 | | 1,196.18 |

| TAX STATUS/CODE | | EXEMPTIONS | ADD'L AMT |
|---|---|---|---|
| FED | S | 0 | 0.00 |
| KS | | 2 | 0.00 |

YOUR ESPP BALANCE
FOR THIS PURCHASE PERIOD IS: $0.00

PEDIATRIC SURGICAL SPECI
10550 Quivira Rd
Suite 520
Overland Park, KS 66215
943-541-5100

**DEPOSIT VOUCHER ONLY- NOT A CHECK**

82503291

DATE: 09/29/2023

ZERO DOLLARS AND 00/100

| AMOUNT |
|---|
| $***0.00 |

DANIELLE WIMMER
2465 STAFFORD RD
OTTAWA, KS 66067

**PAYROLL DIRECT DEPOSIT VOUCHER**          **NON-NEGOTIABLE**

Case 23-21212    Doc# 7    Filed 10/11/23    Page 15 of 15