Information to identify the case:

Debtor 1: Jason Michael Wimmer
First Name    Middle Name    Last Name

Social Security number or ITIN: xxx–xx–4176
EIN: _ _–_ _ _ _ _ _ _

Debtor 2: Danielle Elizabeth Wimmer
(Spouse, if filing)
First Name    Middle Name    Last Name

Social Security number or ITIN: xxx–xx–6577
EIN: _ _–_ _ _ _ _ _ _

United States Bankruptcy Court: District of Kansas

Date case filed for chapter: 13    10/11/23

Case number / Presiding Judge: 23–21212 / Robert D. Berger

Date Notice Issued: 10/12/23

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

11/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 8 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | |
|---|---|---|
| 1. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2023 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at the Meeting of Creditors. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | **Location:** **Phone Number: (877) 991–1709,** **Access Code: 5087285#** |
| | **About Debtor 1:** | **About Debtor 2:** |
| 2. **Debtor's full name** | Jason Michael Wimmer | Danielle Elizabeth Wimmer |
| 3. **All other names used in the last 8 years** | | fka Danielle Facteu |
| 4. **Address** | 2465 Stafford Rd Ottawa, KS 66067 | 2465 Stafford Rd Ottawa, KS 66067 |
| 5. **Debtor's attorney** Name and address | Ryan A Blay WM Law 15095 W 116th St Olathe, KS 66062 | Contact phone 913–422–0909 |

**For more information, see page 2**

Case 23-21212    Doc# 15    Filed 10/14/23    Page 1 of 5

| 6. **Bankruptcy trustee** Name and address | William H Griffin 5115 Roe Blvd Ste 200 Roeland Park, KS 66205–2393 | Contact phone 913–677–1311 |
|---|---|---|
| 7. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 161 Robert J. Dole US Courthouse 500 State Avenue Kansas City, KS 66101 | Office Hours: 9:00 AM – 4:00 PM Monday – Friday Contact phone (913) 735–2110 |

| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 1/16/24** |
|---|---|---|
| | **You must file:** | |
| | • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/20/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/8/24** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. You may complete and file an electronic proof of claim at www.ksb.uscourts.gov/epoc/ or a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. **Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **12/19/23** at **09:30 AM** , Location: **Robert J Dole US Courthouse, 500 State Avenue Room 151, Kansas City, KS 66101** |
|---|---|
| 10. **Objection to Plan** | A plan is not effective unless approved by the bankruptcy court at a confirmation hearing. Objections to the plan shall be filed 7 days before the confirmation hearing. |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 12. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 13. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 14. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

District of Kansas

| In re: | Case No. 23-21212-RDB |
|---|---|
| Jason Michael Wimmer | Chapter 13 |
| Danielle Elizabeth Wimmer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 309I | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Michael Wimmer, Danielle Elizabeth Wimmer, 2465 Stafford Rd, Ottawa, KS 66067-8312 |
| 9921355 | + | Advent Health Ottawa, 1301 S Main St,, Ottawa KS 66067-3537 |
| 9921354 | | Advent Health Ottawa, PO Box 460, Ottawa KS 66067-0460 |
| 9921356 | + | AdventHealth Ottawa, 1301 S Main St., Ottawa KS 66067-3537 |
| 9921360 | | Bridgecrest Credit Company LLC, 1800 N Colorado St., Gilbert AZ 85233 |
| 9921374 | + | Diversified Collection Service, 900 S Highway Dr, Suite 210, Fenton MO 63026-2042 |
| 9921382 | | Kansas Department of Revenue, Civil Tax Enforcement, PO Box 12005, Topeka KS 66611-2005 |
| 9921383 | + | Liberty Mutual, PO Box 958416, Lake Mary FL 32795-8416 |
| 9921386 | + | Olathe Medical Center, 20333 W 151st St, attn: billing, Olathe KS 66061-7211 |
| 9921396 | + | Sunrise Credit Services, 2174 Jackson Ave, Seaford NY 11783-2608 |
| 9921362 | | capital one/walmart, PO Box 301293, Salt Lake City UT 84131 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: blay@wagonergroup.com | Oct 13 2023 02:03:00 | Ryan A Blay, WM Law, 15095 W 116th St, Olathe, KS 66062 |
| tr | | Email/Text: tsigler@13trusteekc.com | Oct 13 2023 02:04:00 | William H Griffin, 5115 Roe Blvd Ste 200, Roeland Park, KS 66205-2393 |
| ust | + | Email/Text: ustpregion20.wi.ecf@usdoj.gov | Oct 13 2023 02:04:00 | U.S. Trustee, Office of the United States Trustee, 301 North Main Suite 1150, Wichita, KS 67202-4811 |
| 9921358 | | Email/Text: ebn@americollect.com | Oct 13 2023 02:04:00 | Americollect, 1851 S. Alverno Road, Manitowoc WI 54220 |
| 9921359 | | Email/Text: ebn@americollect.com | Oct 13 2023 02:04:00 | Americollect, PO Box 1690, Manitowoc WI 54221-1690 |
| 9921353 | + | Email/Text: BKRNotice@arsico.com | Oct 13 2023 02:04:00 | Account Recovery Specialists, 200 West Wyatt Earp Blvd, POB 136, Dodge City KS 67801-0136 |
| 9921357 | + | Email/Text: EBNProcessing@afni.com | Oct 13 2023 02:04:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington IL 61702-3427 |
| 9921366 | + | EDI: WFNNB.COM | Oct 13 2023 01:11:00 | COMENITY BANK/VICTORIAS SECRET, PO BOX 182789, Columbus OH 43218-2789 |
| 9921372 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2023 22:51:23 | CREDIT ONE BANK, 6801 S. CIMARRON ROAD, Las Vegas NV 89113-2273 |
| 9921361 | + | EDI: CAPITALONE.COM | Oct 13 2023 01:11:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 9921363 | ^ | MEBN | Oct 12 2023 21:13:42 | Central States Recovery, PO Box 3130, Hutchinson KS 67504-3130 |

| | | | |
|---|---|---|---|
| 9921364 | ^ MEBN | Oct 12 2023 21:13:17 | Central States Recovery, 1314 N. Main St., Hutchinson KS 67501-4002 |
| 9921365 | + EDI: WFNNB.COM | Oct 13 2023 01:11:00 | Comenity Bank/Victoria's Secre, 3100 Easton Square Pl, Columbus OH 43219-6289 |
| 9921367 | + EDI: CONVERGENT.COM | Oct 13 2023 01:11:00 | Convergent Outsourcing, 800 SW 39th Street, Renton WA 98057-4927 |
| 9921369 | + Email/Text: bankruptcy@credencerm.com | Oct 13 2023 02:04:00 | Credence Resource Management, 4222 Trinity Mills, Ste. 260, Dallas TX 75287-7666 |
| 9921368 | + Email/Text: bankruptcy@credencerm.com | Oct 13 2023 02:04:00 | Credence Resource Management, 17000 Dallas Parkway, Ste. 20, Dallas TX 75248-1940 |
| 9921371 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2023 22:35:38 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 9921370 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2023 22:35:38 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 9921373 | ^ MEBN | Oct 12 2023 21:14:25 | Diversified Adjustment Service, 600 Coon Rapids, Minneapolis MN 55433-5549 |
| 9921375 | + Email/Text: bknotice@ercbpo.com | Oct 13 2023 02:04:00 | Enhanced Recovery, 8014 Bayberry Rd, Jacksonville FL 32256-7412 |
| 9921376 | + Email/Text: bknotice@ercbpo.com | Oct 13 2023 02:04:00 | Enhanced Recovery Co, PO Box 57547, Jacksonville FL 32241-7547 |
| 9921377 | EDI: AMINFOFP.COM | Oct 13 2023 01:11:00 | FIRST PREMIER, 3820 N Louise Ave, Sioux Falls SD 57107-0145 |
| 9921379 | + Email/Text: FSBank@franklinservice.com | Oct 13 2023 02:03:00 | Franklin Collection Service, 2978 W Jackson Street, Tupelo MS 38801-6731 |
| 9921378 | Email/Text: FSBank@franklinservice.com | Oct 13 2023 02:03:00 | Franklin Collection Service, PO Box 3910, Tupelo MS 38803-3910 |
| 9921380 | + EDI: PHINGENESIS | Oct 13 2023 01:11:00 | Indigo - Celtic Bank, PO Box 4499, Beaverton OR 97076-4499 |
| 9921381 | EDI: IRS.COM | Oct 13 2023 01:11:00 | Internal Revenue Service, Centralized Insolvency Ops, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 9921384 | Email/Text: LibertySOP@cscglobal.com | Oct 13 2023 02:04:00 | Liberty Mutual Insurance, 175 Berkeley Street, Boston MA 02116 |
| 9921385 | Email/Text: bankruptcy@nfm.com | Oct 13 2023 02:04:00 | Nebraska Furniture Mart, 700 South 72nd St., Omaha NE 68114-4697 |
| 9921387 | EDI: PRA.COM | Oct 13 2023 01:11:00 | Portfolio Recovery, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk VA 23502 |
| 9921388 | + Email/Text: Supportservices@receivablesperformance.com | Oct 13 2023 02:04:00 | Receivables Performance, 20816 44th Ave West, Lynnwood WA 98036-7744 |
| 9921389 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 12 2023 23:02:44 | Regional Acceptance, PO Box 830913, Birmingham AL 35283-0913 |
| 9921390 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 12 2023 23:02:44 | Regional Acceptance Corp., 230 Herndon Parkway, 2nd Floor, Herndon VA 20170-4400 |
| 9921391 | Email/Text: legalservices12@snaponcredit.com | Oct 13 2023 02:04:00 | Snap-On Credit, 950 Technology Way, Suite 301, Libertyville IL 60048 |
| 9921394 | Email/Text: amieg@stcol.com | Oct 13 2023 02:03:00 | State Collection Service, 2509 Stoughton Road, Madison WI 53716 |
| 9921393 | Email/Text: amieg@stcol.com | Oct 13 2023 02:03:00 | State Collection Service, PO Box 6250, Madison WI 53716 |
| 9921392 | + Email/Text: clientservices@sourcerm.com | Oct 13 2023 02:04:00 | Source Receivables Management, PO Box 4068, |

Case 23-21212    Doc# 15    Filed 10/14/23    Page 4 of 5

| | | | Greensboro NC 27404-4068 |
|---|---|---|---|
| 9921395 | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 13 2023 02:04:00 | Sunrise Credit Services, POB 9100, Farmingdale NY 11735-9100 |
| 9921398 | + EDI: AIS.COM | Oct 13 2023 01:11:00 | T-Mobile/T-Mobile USA Inc., c/o American InfoSource LP, 4515 N Santa Fe Ave., Oklahoma City OK 73118-7901 |
| 9921399 | + Email/Text: kmattingly@bankofmissouri.com | Oct 13 2023 02:04:00 | The Bank of Missouri, 216 West 2nd St., Dixon MO 65459-8048 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9921397 | * | Sunrise Credit Services, PO Box 9100, Farmingdale NY 11735-9100 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ryan A Blay | on behalf of Joint Debtor Danielle Elizabeth Wimmer blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| Ryan A Blay | on behalf of Debtor Jason Michael Wimmer blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |

TOTAL: 4