**Form ntcfinmgt**  (Revised 12/03/2015)

### United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  23–21212

Chapter:  13

In re: (Name of Debtor)

Jason Michael Wimmer
2465 Stafford Rd
Ottawa, KS 66067

Danielle Elizabeth Wimmer
fka    Danielle Facteu
2465 Stafford Rd
Ottawa, KS 66067

| **Entered By The Court**<br>**10/12/23** | **NOTICE OF REQUIREMENT TO FILE A<br>STATEMENT OF COMPLETION OF COURSE IN<br>PERSONAL FINANCIAL MANAGEMENT**<br>**(Official Form 423)** | **Filed By The Court**<br>**10/12/23**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
| --- | --- | --- |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423)* as described in 11 U.S.C. 111.

Debtor(s) and debtor(s)' attorney are hereby notified that Official Form 423 must be filed before a discharge can be entered. Debtor(s) and debtor(s)' attorney are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the certification will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

*NOTE: Official Form 423 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

Document 14 – 2

s/  David D. Zimmerman
Clerk, United States Bankruptcy Court

In re:                                                                                    Case No. 23-21212-RDB

Jason Michael Wimmer                                                          Chapter 13

Danielle Elizabeth Wimmer

   Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1083-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 12, 2023 | Form ID: ksnfinmg | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +   Jason Michael Wimmer, Danielle Elizabeth Wimmer, 2465 Stafford Rd, Ottawa, KS 66067-8312

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:**

**Name                              Email Address**

Ryan A Blay

                    on behalf of Joint Debtor Danielle Elizabeth Wimmer blay@wagonergroup.com
                    bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

Ryan A Blay

                    on behalf of Debtor Jason Michael Wimmer blay@wagonergroup.com
                    bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

                    ustpregion20.wi.ecf@usdoj.gov

William H Griffin

                    inquiries@13trusteekc.com

TOTAL: 4