IN RE:

| | |
|---|---|
| Danielle Elizabeth Wimmer and Jason Michael Wimmer | Case Number: 23-21212 |
| | Chapter 13 |
| Debtors | |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Now Comes Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC, by its counsel, Evan Lincoln Moscov, and for its Objection to Confirmation of Debtors' Chapter 13 Plan, states as follows:

1. Debtors filed their voluntary bankruptcy petition pursuant to Chapter 13 on October 11, 2023.

2. Debtors previously entered into a Retail Installment Contract with respect to a 2013 Volkswagen Jetta 2.0L TDI Sedan 4D VIN: 3VWLL7AJ3DM289590 ("Vehicle"). A copy of the Contract is attached as Exhibit A.

3. Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC has perfected its security interest in the Vehicle. A copy of the Title is attached as Exhibit B.

4. As of October 11, 2023, the total debt with respect to the Vehicle was $11,294.95.

5. The Chapter 13 Plan filed by Debtors propose to pay Creditor's claim in the amount of $4,202.00 at 9.500% interest over the term of 36 months.

6. The Plan fails to pay the full replacement value of the Collateral. In a Chapter 13 bankruptcy, a debtor may confirm a plan over a creditor's objection only if the plan provides the creditor the full value, as of the effective date of the plan, of the allowed amount of the secured claim. 11 U.S.C. § 1325(a)(5)(B). The allowed amount of such a claim is determined based on the replacement value a retail merchant would charge for a property of a similar age and condition. 11 U.S.C. §(b).

7. In the case at bar, the estimated replacement value a retail merchant would charge for the Collateral is $6,120.00. A copy of the vehicle valuation is attached as Exhibit C. To the extent that the

Plan does not pay the full value of the claim, Creditor objects to the confirmation of the Plan.

**WHEREFORE**, Creditor requests that confirmation of the proposed Chapter 13 Plan be denied, and for such other and further relief as the Court deems proper.

*/s/ Evan Lincoln Moscov*
**Evan Lincoln Moscov**
Kansas Federal Bar No.78508
P.O. Box 8305
Waukegan, IL 60079
Telephone: (312) 969-1977
evan.moscov@moscovlaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

IN RE:

Danielle Elizabeth Wimmer and Jason Michael Wimmer

Debtors

Case Number: 23-21212

Chapter 13

## CERTIFICATE OF SERVICE

Evan Lincoln Moscov, being an attorney admitted to practice law in this Court, with an office address of P.O. Box 8305 , Waukegan IL 60079, declares that on November 29, 2023, a true and correct copy of the annexed Objection to Confirmation upon each of the parties named below by electronic transmission or by causing a copy to be mailed thereof by first class mail postage prepaid addressed to each of them as follows:

-------------------------------------------------------------------------------------------------------------------------

*Debtor Via US Mail:*
Danielle Elizabeth Wimmer
2465 Stafford Rd
Ottawa, KS 66067

*Debtor Via US Mail:*
Jason Michael Wimmer
2465 Stafford Rd
Ottawa, KS 66067

*Chapter 13 Trustee CM/ECF*
William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205

*US Trustee CM/ECF*
U.S. Trustee
301 North Main Suite 1150
Wichita, KS 67202

*Counsel for Debtor via CM/ECF*
Ryan A Blay
Wm Law
15095 W 116th St
Olathe, KS 66062

*/s/ Evan Lincoln Moscov*
Evan Lincoln Moscov

Demo Watermark (http://www.imagepdf.com/)

DocuSign Envelope ID

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

KS ███ 10/10/2015

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary |
|---|---|---|
| CARVANA, LLC | Danielle Elizabeth Wimmer | No. ███ |
| 63 PIERCE RD | 907 W 17th St | Date 09/24/19 |
| WINDER GA 30680-7280 | Ottawa KS 66067 | |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| **Annual Percentage Rate** The cost of your credit as a yearly rate. | **Finance Charge** The dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. | **Total of Payments** The amount you will have paid when you have made all scheduled payments. | **Total Sale Price** The total cost of your purchase on credit, including your down payment of $ 1,300.00. |
|---|---|---|---|---|
| 23.01 % | $ 13,001.42 | $ 15,314.80 | $ 28,316.22 | $ 29,616.22 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 71 | $ 395.00 | monthly beginning 10/25/19 |
| 1 | $ 271.22 | 09/25/25 |
| N/A | $ N/A | N/A |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of the lesser of 5% of the unpaid amount of the payment due or $25.00.

**Prepayment.** If you pay off this Contract early, you ☐ may  ☒ will not  have to pay a Minimum Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2013 | Volkswagen | Jetta | Sedan | 3VWLL7AJ3DM289590 | 30242 |

☐ New
☒ Used
☐ Demo

Other:
N/A

## Description of Trade-In

| | | | |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing ("*Agreement*") applies: ___N/A___ ___N/A___ . The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of $ 15,314.80 plus finance charges accruing on the unpaid balance at the rate of 23.01 % per year from the date of this Contract until paid in full. If goods are delivered or services performed more than 10 days after the contract date, finance charges will begin to accrue on the date of delivery or performance. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of $ ___N/A___ if you pay this Contract in full before we have earned that much in finance charges.

☐ **Apply Kansas UCCC.** Although the Kansas Uniform Consumer Credit Code may not otherwise apply, you agree with us that this Contract is a consumer credit transaction, and therefore, it is subject to the Kansas UCCC, including the permissible rates and charges.


Case 23-21212    Doc# 24-1    Filed 11/29/23    Page 1 of 11

Exhibit A

Demo Watermark (http://www.imagepdf.com/)

DocuSign Envelope ID:

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

## Itemization of Amount Financed

a. **Cash Price** of Vehicle, etc. (incl. sales tax of
$ _____1,444.80_____ )  $ ____15,244.80____

b. Trade-in allowance  $ ____0.00____

c. Less: Amount owing, paid to (includes k):
_____N/A_____  $ ____N/A____

d. Net trade-in (b-c; if negative, enter $0 here and enter
the amount on line k)  $ ____0.00____

e. Cash payment  $ ____1,300.00____

f. Manufacturer's rebate  $ ____0.00____

g. Deferred down payment  $ ____0.00____

h. Other down payment (describe)
_____N/A_____  $ ____N/A____

i. **Down Payment** (d+e+f+g+h)  $ ____1,300.00____

j. **Unpaid balance of Cash Price** (a-i)  $ ____13,944.80____

k. Financed trade-in balance (see line d)  $ ____0.00____

l. Paid to public officials, including filing fees  $ ____120.00____

m. Insurance premiums paid to insurance company(ies)  $ ____0.00____

n. Service Contract, paid to:
Carvana  $ ____1,250.00____

o. To: _____N/A_____  $ ____N/A____

p. To: _____N/A_____  $ ____N/A____

q. To: _____N/A_____  $ ____N/A____

r. To: _____N/A_____  $ ____N/A____

s. To: _____N/A_____  $ ____N/A____

t. To: _____N/A_____  $ ____N/A____

u. To: _____N/A_____  $ ____N/A____

v. To: _____N/A_____  $ ____N/A____

w. To: _____N/A_____  $ ____N/A____

x. To: _____N/A_____  $ ____N/A____

y. **Total Other Charges/Amts Paid** (k thru x)  $ ____1,370.00____

z. **Prepaid Finance Charge**  $ ____0.00____

aa. **Amount Financed** (j+y-z)  $ ____15,314.80____

We may retain or receive a portion of the amounts paid to others.

*[This area intentionally left blank.]*

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below **only** the coverages you have chosen to purchase.

**Credit Life**

☐ Single   ☐ Joint   ☐ None

Premium $ _____N/A_____   Term _____N/A_____

Insured _____N/A_____

**Credit Disability**

☐ Single   ☐ Joint   ☐ None

Premium $ _____N/A_____   Term _____N/A_____

Insured _____N/A_____

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

_____N/A_____   _____N/A_____
**By:**   **DOB**

_____N/A_____   _____N/A_____
**By:**   **DOB**

_____N/A_____   _____N/A_____
**By:**   **DOB**

**Property Insurance.** You must insure the Property. You may purchase the required insurance from any insurance company you choose or provide it through an existing policy owned or controlled by you, if the insurance and insurance company are reasonably acceptable to us. The collision coverage deductible may not exceed

$ _____1,000_____ . If you get insurance from or through us you will pay $ _____N/A_____ for _____N/A_____ of coverage.

This premium is calculated as follows:

☐ $ ____N/A____ Deductible, Collision Cov.  $ ____N/A____

☐ $ ____N/A____ Deductible, Comprehensive  $ ____N/A____

☐ Fire-Theft and Combined Additional Cov.  $ ____N/A____

☐ _____N/A_____  $ ____N/A____

**Liability insurance coverage for bodily injury and property damage caused to others is not included in this Contract unless checked and indicated.**

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company you choose that is reasonably acceptable to us. You may also provide the insurance through an existing policy. If you buy the coverage from or through us, you will pay

$ _____N/A_____ for _____N/A_____ of coverage.

Retail Installment Contract-KS Not for use in transactions secured by a dwelling.
Bankers Systems ™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFLZKS 10/10/2015
Page 2 of 5

Case 23-21212   Doc# 24-1   Filed 11/29/23   Page 2 of 11

Exhibit A

DocuSign Envelope ID:

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

## Additional Protections

**You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.**

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

[X] **Service Contract**

| Term | 24 | months |
| Price | $ | 1,250.00 |
| Coverage | | Vehicle Protection |

[ ] **Gap Waiver or Gap Coverage**

| Term | N/A | months |
| Price | $ | 0.00 |
| Coverage | | |

N/A

| Term | | N/A |
| Price | $ | N/A |
| Coverage | | N/A |

*Danielle Wimmer*                                    09/24/19

**By:** Danielle Elizabeth Wimmer                         **Date**

N/A                                      N/A

**By:**                                          **Date**

N/A                                      N/A

**By:**                                          **Date**

## Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. You also agree that the purchase of the Property on credit takes place at the Seller's licensed location identified at the top of page 1 of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the *Truth In Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. See *Minimum Finance Charge* section. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Balloon Payment.** If any scheduled payment is more than twice as large as the average of your earlier scheduled payments, you may refinance that payment when due without penalty. The terms of the refinancing will be no less favorable to you than the original terms of this Contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

**Insufficient Check Service Charge.** If you give us an insufficient check in payment of this Contract, you agree to pay a service charge to the extent permitted by law. This service charge will be $10.00 or, if we give you any notice of demand in the manner required by law, $30.00.

**Governing Law and Interpretation.** This Contract is governed by the law of Kansas and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

◆ You fail to make a payment as required by this Contract.

◆ The prospect of payment, performance, or realization of the Property is significantly impaired.

If you default, you agree to pay our court costs, attorneys' fees and reasonable expenses incurred in realizing on the Property securing this Contract. The costs of collection will not include costs that were incurred by a salaried employee of ours, will not include recovery of both attorneys' fees and collection agency fees and will not be in excess of 15% of the unpaid debt after default.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we may exercise the remedies provided by law and this Contract after we give you any notice and opportunity to cure your default that the law requires. Those remedies include:

◆ After we give you any notice and opportunity to cure your default that the law requires, we may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.

◆ We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so, provided we give you prior notice and a reasonable opportunity to perform. We are not required to make any such payments or repairs. You will repay us that amount when we tell you to do so. The amount will earn finance charges from the date we pay it at the rate described in the *Payment* section until paid in full.

◆ After we give you any notice and opportunity to cure your default that the law requires, we may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.

◆ After we give you any notice and opportunity to cure your default that that the law requires, we may immediately take possession of the Property by legal process or self-help, but in doing so we may not enter into a dwelling, use force or otherwise breach the peace.

◆ We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.

◆ Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

Retail Installment Contract-KS Not for use in transactions secured by a dwelling.
Bankers Systems ™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFLZKS 10/10/2015
Page 3 of 5

Case 23-21212   Doc# 24-1   Filed 11/29/23   Page 3 of 11

Exhibit A

DocuSign Envelope ID:

THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

- ◆ You must pay this Contract even if someone else has also signed it.
- ◆ We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- ◆ We may release any security and you will still be obligated to pay this Contract.
- ◆ If we give up any of our rights, it will not affect your duty to pay this Contract.
- ◆ If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

- ◆ You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- ◆ You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- ◆ You agree not to remove the Property from the U.S. without our prior written consent.
- ◆ You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- ◆ You will pay all taxes and assessments on the Property as they become due.
- ◆ You will notify us with reasonable promptness of any loss or damage to the Property.
- ◆ You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** To the extent permitted by law, you agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property, provided we give you prior notice and a reasonable opportunity to perform. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

## Notices

**Note.** If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. **NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Sí compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

## Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, *you* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

| N/A | | N/A |
|---|---|---|
| **By:** | | **Date** |

Signature of Third Party Owner (NOT the Buyer)

*[This area intentionally left blank.]*

Exhibit A



THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

[X] **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

### Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

### Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

*Danielle Wimmer*      09/24/19
_____
**By:** Danielle Elizabeth Wimmer     **Date**

N/A           N/A
_____
**By:**                        **Date**

N/A           N/A
_____
**By:**                        Date

**NOTICE TO CONSUMER. 1. Do not sign this agreement before you read it. 2. You are entitled to a copy of this agreement. 3. You may prepay the unpaid balance at any time without penalty.**

By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

**Buyer**

*Danielle Wimmer*      09/24/19
_____
**By:** Danielle Elizabeth Wimmer     **Date**

N/A           N/A
_____
**By:**                        **Date**

N/A           N/A
_____
**By:**                        **Date**

**Seller**

_____ 09/24/19
**By:** CARVANA, LLC               **Date**



**Assignment.** This Contract and Security Agreement is assigned to
N/A
_____
_____ ,
the Assignee, phone _____N/A_____ . This assignment is made
under the terms of a separate agreement made between the Seller and Assignee.

[ ] This Assignment is made with recourse.

**Seller**


N/A
_____
**By:**                        **Date**

Retail Installment Contract-KS Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015
SSIMVLFLZKS 10/10/2015
Page 5 of 5
Case 23-21212 Doc# 24-1 Filed 11/29/23 Page 5 of 11
Exhibit A



1930 W. Rio Salado Pkwy
Tempe, AZ 85281
Office: 602.852.6604
Fax:
Email: legal@carvana.com

September 20, 2021

To Whom It May Concern,

This letter shall serve as a formal notice that Bridgecrest Credit Company, LLC is a servicer of Carvana accounts and, in that capacity, is an agent of Carvana, LLC.

If you have any questions, please contact me at the email address or phone number above.

Sincerely,

Name:

Title: General Counsel, Vice President, and Secretary

Exhibit A

Demo Watermark (http://www.imagepdf.com/)





# Kansas
## Department of Revenue

Kansas Department of Revenue, Division of Vehicle, Topeka, Kansas

## Title and Registration Receipt – Lienholder Copy
## Kansas Electronic Title Record Created

**Transaction Date:** 12/08/2020

**Transaction County:** Franklin

**Primary Owner Names:** Wimmer, Danielle Elizabeth

907 W 17th St Apt 15
Ottawa, KS 66067

**VIN:** 3VWLL7AJ3DM289590
**Year:** 2013
**Model:** Jetta
**Make:** VOLKSWAGEN
**Usage:** Regular
**Plate**
**Mileage:** 30242 Miles          **Mileage Status:** Actual

**Lienholders:**

Carvana LLC
Po Box 29002
Phoenix, AZ 850389002

Franklin County Treasurer's Office
Mailing Address: 315 South Main, Room 107, Ottawa, KS 66067

Exhibit B



# 2013 Volkswagen Jetta Pricing Report

**Style**: 2.0L TDI Sedan 4D

**Mileage**: 120,000

**KBB.com Consumer Rating**: 4.4/5

# Vehicle Highlights

Fuel Economy: City 29/Hwy 37/Comb 32 MPG

Engine: 4-Cyl, Turbo Diesel, 2.0 Liter

Transmission: Auto 6-Spd DSG Tptrnc Spt

Drivetrain: FWD

Country of Assembly: Mexico

Country of Origin: Germany

EPA Class: Compact Cars

Max Seating: 5

Doors: 4

Body Style: Sedan

# Sell to Private Party



Private Party Range
**$5,098 - $7,141**
Private Party Value
**$6,120**

Valid for **ZIP code 66101** through **11/29/2023**

Exhibit C

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Silver

**Engine**
4-Cyl, Turbo Diesel, 2.0 Liter

**Transmission**
Auto 6-Spd DSG Tptrnc Spt

**Drivetrain**
FWD

**Braking and Traction**
Traction Control

Stability Control

ABS (4-Wheel)

**Comfort and Convenience**
Power Windows

Power Door Locks

Keyless Entry

Air Conditioning

Cruise Control

Anti-Theft System

**Steering**
Power Steering

Tilt & Telescoping Wheel

**Safety and Security**
Dual Air Bags

Side Air Bags

F&R Head Curtain Air Bags

**Entertainment and Instrumentation**
AM/FM Stereo

CD/MP3 (Multi Disc)

SiriusXM Satellite

Bluetooth Wireless

**Seats**
Heated Seats

Dual Power Seats

**Lighting**
Daytime Running Lights

**Wheels and Tires**
Alloy Wheels

Exhibit C

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

Exhibit C

© 1995-2023 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2023 Kelley Blue Book Co., Inc. All rights reserved. 11/29/2023-11/29/2023 Edition for KS 66101. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary

Exhibit C