# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

IN RE: Jason M. Wimmer )
   Danielle E. Wimmer )  CASE NO. 23-21212
      Debtors )

## <u>NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN</u>

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before January 8, 2024, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>nonevidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, January 16, 2024, at 9:30 a.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

  Dated: 12/18/2023     Respectfully submitted,
             WM Law

             s/ Ryan A. Blay
             Ryan A. Blay, KS#28110
             15095 W. 116th St.
             Olathe, KS 66062
             Phone (913) 422-0909
             Fax (913) 428-8549
             Blay@wagonergroup.com
             ATTORNEY FOR DEBTOR

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on Monday, December 18, 2023 by providing an electronic copy to William H. Griffin, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.

s/ Ryan A. Blay

2

Label Matrix for local noticing
1083-2
Case 23-21212
District of Kansas
Kansas City
Mon Dec 18 14:41:58 CST 2023

Bridgecrest Acceptance Corporation, c/o AIS
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bridgecrest Credit Company, LLC as Servicer
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Account Recovery Specialists
200 West Wyatt Earp Blvd
POB 136
Dodge City KS 67801-0136

Advent Health Ottawa
1301 S Main St,
Ottawa KS 66067-3537

Advent Health Ottawa
PO Box 460
Ottawa KS 66067-0460

AdventHealth Ottawa
1301 S Main St.
Ottawa KS 66067-3537

Afni, Inc.
Attn: Bankruptcy
Po Box 3427
Bloomington IL 61702-3427

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Bank of Missouri
2700  S Lorraine Place
Sioux Falls, SD 57106-3657

Bridgecrest Acceptance Corporation
AIS Portfolio Services LLC
4515 N Santa Fe Ave Dept APS
Oklahoma City OK 73118-7901

Bridgecrest Credit Company LLC
1800 N Colorado St.
Gilbert AZ 85233

COMENITY BANK/VICTORIAS SECRET
PO BOX 182789
Columbus OH 43218-2789

CREDIT ONE BANK
6801 S. CIMARRON ROAD
Las Vegas NV 89113-2273

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One Auto Finance a division of
AIS Portfolio Services LLC
4515 N Santa Fe Ave Dept APS
Oklahoma City OK 73118-7901

Capital One NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Carvana LLC  Bridgecrest co AIS Portfolio Se
4515 N Santa Fe Ave Dept APS
Oklahoma City OK 73118-7901

Central States Recovery
1314 N. Main St.
Hutchinson KS 67501-4002

Central States Recovery
PO Box 3130
Hutchinson KS 67504-3130

Comenity Bank/Victoria's Secre
3100 Easton Square Pl
Columbus OH 43219-6289

Convergent Outsourcing
800 SW 39th Street
Renton WA 98057-4927

Credence Resource Management
17000 Dallas Parkway, Ste. 20
Dallas TX 75248-1940

Credence Resource Management
4222 Trinity Mills, Ste. 260
Dallas TX 75287-7666

Credit One Bank
PO Box 98872
Las Vegas NV 89193-8872

Credit One Bank
PO Box 98873
Las Vegas NV 89193-8873

Diversified Adjustment Service
600 Coon Rapids
Minneapolis MN 55433-5549

Diversified Collection Service
900 S Highway Dr
Suite 210
Fenton MO 63026-2042

Enhanced Recovery
8014 Bayberry Rd
Jacksonville FL 32256-7412

| | | |
|---|---|---|
| Enhanced Recovery Co<br>PO Box 57547<br>Jacksonville FL 32241-7547 | FIRST PREMIER<br>3820 N Louise Ave<br>Sioux Falls SD 57107-0145 | Franklin Collection Service<br>2978 W Jackson Street<br>Tupelo MS 38801-6731 |
| Franklin Collection Service<br>PO Box 3910<br>Tupelo MS 38803-3910 | Indigo - Celtic Bank<br>PO Box 4499<br>Beaverton OR 97076-4499 | Internal Revenue Service<br>Centralized Insolvency Ops<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>P.O. Box 12005<br>Topeka, KS 66601-2005 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66611-2005 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Liberty Mutual<br>PO Box 958416<br>Lake Mary FL 32795-8416 | (p)LIBERTY MUTUAL INSURANCE<br>175 BERKELEY STREET<br>BOSTON MA 02116-3350 |
| (p)NEBRASKA FURNITURE MART<br>ATTN LEGAL DEPT<br>PO BOX 3000<br>OMAHA NE 68103-3030 | Olathe Medical Center<br>20333 W 151st St<br>attn: billing<br>Olathe KS 66061-7211 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Receivables Performance<br>20816 44th Ave West<br>Lynnwood WA 98036-7744 | Regional Acceptance<br>PO Box 830913<br>Birmingham AL 35283-0913 | Regional Acceptance Corp.<br>230 Herndon Parkway<br>2nd Floor<br>Herndon VA 20170-4400 |
| (p)SNAP ON CREDIT<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 | Source Receivables Management<br>PO Box 4068<br>Greensboro NC 27404-4068 | (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 |
| Sunrise Credit Services<br>2174 Jackson Ave<br>Seaford NY 11783-2608 | Sunrise Credit Services<br>PO Box 9100<br>Farmingdale NY 11735-9100 | T-Mobile/T-Mobile USA Inc.<br>c/o American InfoSource LP<br>4515 N Santa Fe Ave.<br>Oklahoma City OK 73118-7901 |
| The Bank of Missouri<br>216 West 2nd St.<br>Dixon MO 65459-8048 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | capital one/walmart<br>PO Box 301293<br>Salt Lake City UT 84131 |

Danielle Elizabeth Wimmer
2465 Stafford Rd
Ottawa, KS 66067-8312

Jason Michael Wimmer
2465 Stafford Rd
Ottawa, KS 66067-8312

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americollect
1851 S. Alverno Road
Manitowoc WI 54220

(d)Americollect
PO Box 1690
Manitowoc WI 54221-1690

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Liberty Mutual Insurance
175 Berkeley Street
Boston MA 02116

Nebraska Furniture Mart
700 South 72nd St.
Omaha NE 68114-4697

Portfolio Recovery
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk VA 23502

Snap-On Credit
950 Technology Way
Suite 301
Libertyville IL 60048

State Collection Service
2509 Stoughton Road
Madison WI 53716

(d)State Collection Service
PO Box 6250
Madison WI 53716

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Sunrise Credit Services
POB 9100
Farmingdale NY 11735-9100

End of Label Matrix
Mailable recipients    63
Bypassed recipients     1
Total                  64